1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

11  EDUARDO VAZQUEZ,

12                              Plaintiff,

13            vs.

14  FCA US, LLC; and DOES 1 to 10,

15                          Defendants.

16

Case No. 20cv1305-LAB-BLM

**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [Dkt. 17]**

17       The parties' Joint Motion to Dismiss with Prejudice is **GRANTED.** All

18  claims against all parties in this matter are **DISMISSED WITH PREJUDICE.**

19  The Clerk is directed to close the case.

20       **IT IS SO ORDERED**.

21  Dated: November 12, 2020

22  _____

**HON. LARRY ALAN BURNS**
Chief United States District Judge

23

24

25

26

27

28